NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**John Berry, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,**
*Petitioner,*

v.

**RHONDA K. CONYERS AND DEVON HAUGHTON NORTHOVER,**
*Respondents.*

AND

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

2011-3207

Appeal from the Merit Systems Protection Board in Nos. CH0752090925-R-1 and AT0752100184-R-1.

**O R D E R**

Oral argument for this appeal is scheduled for Friday, May 24, 2013, at 10 a.m. in Courtroom 201.  Each side will be allowed 30 minutes for oral argument, i.e, the

Petitioner will have 30 minutes, and the Respondents will share 30 minutes for oral argument.  The parties shall notify the clerk in writing, no later than May 15, 2013, of the name of the counsel who will present oral argument.

FOR THE COURT

April 5, 2013                        /s/ Jan Horbaly
     Date                            Jan Horbaly
                                     Clerk

cc:  Charles W. Scarborough, Esq.
     Andres M. Garjales, Esq.
     Jeffrey A. Gauger, Esq.
     Thomas M. Devine, Esq.
     Greg O'Duden, Esq.
     Elizabeth R. Brown, Esq.